Evangelos Gallios, appellee, v. Columbia Ice Cream Company, appellant. Gen. No. 27,136.

Action for wages and attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gem-

mill, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. Rehearing denied July 10, 1922.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. G. A. Kyriakopulos, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.